**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SINGH<br><br>  Plaintiff(s),<br><br>v.<br><br>TEEKAY FOOD SERVICES, INC., et al.<br><br>  Defendant(s). | CASE NO:<br>5:16–cv–02380–FMO–DTB<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

  **IT IS SO ORDERED.**

DATED: February 15, 2017      /s/ *Fernando M. Olguin*
                Fernando M. Olguin
                United States District Judge